FARMERS GRAIN COMPANY OF FOLEY, APPELLEE, V. PAULUS BARKER: SCOULAR-BISHOP GRAIN COMPANY, APPELLANT.

FILED DECEMBER 19, 1930. No. 27479.

*Charles E. Matson, J. C. Hranac* and *P. E. Reeder*, for appellant.

*Coufal & Shaw, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Butler county to recover a balance alleged to be due it from defendant Scoular-Bishop Grain Company on shipments of grain, and also to recover the amount of two checks issued by defendant Paulus Barker to the defendant grain company for alleged unauthorized purposes.

The trial court found generally for plaintiff, and defendant Scoular-Bishop Grain Company has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.